250

BEFORE THE SECOND DIVISION, MARCH 2, 1949

**No. 52903.**—Reichenbach & Co. et al. *v.* United States, protests 604392–G, etc. (New York).

Opinion by RAO, J.   The protests were dismissed.

BEFORE THE THIRD DIVISION, MARCH 2, 1949

**No. 52904.**—Olaf Hertzwig Trading Co., Inc. *v.* United States, protest 971738–G (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of cheese similar in all material respects to that the subject of *S. A. Haram* v. *United States* (17 Cust. Ct. 37, C. D. 1016), the claim of the plaintiff was sustained.

**No. 52905.**—Volkart Bros., Inc., et al. *v.* United States, protests 131834–K, etc. (New York).

Opinion by JOHNSON, J.   At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importers. In accordance with stipulation of counsel and following the decision cited it was held that the quantity of cotton reported by the inspector as "not found," and the three bundles of coco mats reported by the inspector as "manifested, not found," are subject to an allowance in duty as claimed.   The protests were sustained to this extent.

**No. 52906.**—Joseph A. Paredes & Co. *v.* United States, protest 133196–K (San Francisco).

Opinion by JOHNSON, J.   At the trial the case was submitted upon the record, an examination of which indicated that the merchandise is of Cuban manufacture. In view of the uncontradicted evidence before the court, the claim of the plaintiff was sustained.